COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:      In re N.T.

Appellate case number:    01-15-00970-CV

Trial court case number:  2015-06245J

Trial court:              314th District Court of Harris County

Date motion filed:        December 4, 2015

Party filing motion:      Relator

Relator, N.T., has filed a motion to reconsider the order denying his petition for a writ of mandamus that challenged an Order for Detention in a juvenile proceeding. In his motion, relator asserts that the lack of a finding under Texas Family Code section 54.01(e) is reflected in the juvenile court's order. However, the order specifically states that the juvenile court "hereby finds that [relator] should be detained in that" and lists the court's findings. *See* TEX. FAM. CODE ANN. § 54.01(e) (Vernon 2014).

It is ordered that the motion for reconsideration is **DENIED.**

Judge's signature: /s/ Terry Jennings
                        Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Bland

Date:  December 17, 2015